UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
ABC,

                              Petitioner,                        21-cv-8872 (PKC)

              -against-
                                                                 ORDER

ALEJANDRO MAYORKAS, et al.,

                              Respondents.
----------------------------------------------------------x

CASTEL, U.S.D.J.

       Within seven days, the government shall submit a written update about the status

of ICE's appeal to the Board of Immigration Appeals.  The submission should also describe any

custody review of the petitioner that has taken place since the petitioner filed his reply

memorandum on January 11, 2022.

       SO ORDERED.

                           P. Kevin Castel
                       United States District Judge

Dated: New York, New York
       April 19, 2022